UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-00046-FDW

| | |
|---|---|
| JESSICA HERNANDEZ CONDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Defendant's Consent Motion for Remand (Doc. No. 13). For the reasons stated in the consent motion, the Court GRANTS the motion.

Defendant's Motion for Remand requests this Court remand this case under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Accordingly, the Court hereby remands this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. The Clerk is respectfully directed to terminate all pending motions and deadlines and close the case.

IT IS SO ORDERED.

Signed: October 19, 2016

Frank D. Whitney
Chief United States District Judge