UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-00046-FDW

| | |
|---|---|
| JESSICA HERNANDEZ CONDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CONSENT ORDER |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the parties' motion for for entry of a consent order agreed to by the parties (Doc. No. 16). For the reasons stated in that motion, it is GRANTED. It appears that the Plaintiff, by and through her attorney, has executed this consent order and that Plaintiff has assigned to her attorney the right to collect the fee; and the Defendant has executed this consent order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the plaintiff the sum of $5,000 for attorney fees and legal assistant time in full and final settlement of all claims due against the Social Security Administration for attorney fees and costs arising under the Equal Access to Justice Act. 28 U.S.C. § 2412(d).

It is therefore ordered that, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney fees under EAJA and provided that the award to Plaintiff is not subject to the Treasury Offset Program, the Commissioner of Social Security pay to plaintiff's attorney, the sum of $5,000 in full satisfaction of any and all claims arising under the Equal Access to Justice Act and upon the payment of such sum this case is dismissed with prejudice.

IT IS SO ORDERED.

Signed: November 15, 2016

*signature*

Frank D. Whitney
Chief United States District Judge

Consented to:
/s/ Christian M. Vainieri
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Altmeyer Building, Room 617
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: 410-965-4686
Facsimile: 410-597-0137
Email: christian.vainieri@ssa.gov


/s/ Vaughn S. Clauson
Vaughn S. Clauson, Bar Number: 23041
Attorney for Plaintiff
The Clauson Law Firm, PLLC
P.O. Box 110205
Durham, NC 27709
Telephone: (919) 794-8676
Fax: (919) 256-5190
vaughn@clausonlaw.com